IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CIVIL CASE NO:_____

RANDALL PLUMMER                    )
                                   )
    Plaintiff                      )
                                   )
vs.                                )
                                   )
DEBSKI & ASSOCIATES, P.A.          )
                                   )
                                   )
    Defendant                      )
                                   )

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Debski & Associates, P.A. ("Defendant" or "Debski") hereby removes to this Court the state court action described below.

1. On or about August 29, 2019, Plaintiff, Randall Plummer ("Plaintiff") filed an action in the County Court Of in and for Pinellas County, Florida, Small Claims Division, entitled and captioned: *Randall Plummer v. Debski & Associates, P.A.* Case No. 2019SC+005354-0000-00.  Defendant was served with that action on September 12, 2019.

2. Pursuant to 28 U.S.C. §1446(a), Debski has attached, as Exhibit A to this Notice of Removal, a copy of the documents filed in State Court for the removed case, including a copy of all process, pleadings, and Orders served on Debski as of the date of removal.

3. Although the Summons lists Capital One Bank (USA), N.A. ("Capital One"), in addition to Defendant Debski, the Amended Complaint list only Debski as Defendant because Plaintiff voluntarily dismissed Capital One when filing the Amended Complaint on September 7, 2019.  *See*, Exhibit A, Docket Sheet.

1

4. This action is removable to the United States District Court under 28 U.S.C. §§ 1331 and 1441 on the grounds of federal question jurisdiction, in that the Amended Complaint purports to allege a cause of action under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

5. Defendant has filed this Notice of Removal within thirty (30) days after service pursuant to 28 U.S.C. § 1446(b).

6. As required by 28 U.S.C. § 1446(d), Defendant will give notice of the filing of this notice to the clerk of the County Court of Polk County where this action is currently pending, and to counsel for Plaintiff. A copy of this Notice is attached as Exhibit B.

WHEREFORE, Defendant respectfully requests that the above-captioned matter currently pending in the County Court in and for Polk County, Florida, Small Claims Division, be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Ronald S. Canter, Esquire
Bar # 335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendant*

*Local Address*:
400 S. Dixie Hwy #322
Boca Raton, Florida 33432

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by first class mail, postage prepaid on this 18th day of September, 2019 to:

> Arthur D. Rubin, Esq.
> Brain K. Szilvasy, Esq.
> Ferne F. Rubin, Esq.
> WE PROTECT CONSUMERS, P.A.
> Post Office Box 98282
> Tampa, Florida 33689
> *Attorneys for Plaintiff*

_____
Ronald S. Canter, Esquire
*Attorney for Defendant*

3