**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| RANDALL PLUMMER | ) </br> ) |
| Plaintiff | ) </br> ) |
| vs. | ) CASE NO. 8:19-cv-02329-MSS-TGW </br> ) |
| DEBSKI & ASSOCIATES, P.A. | ) </br> ) |
| Defendant | ) </br> ) |

**NOTICE OF UNAVAILABILITY**

Your Defendant and/or Defendant's counsel hereby notify this Honorable Court of their unavailability for trial on the following dates in August:  August 2-6, August 16, August 26, August 30-31, 2021.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar # 335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile:  (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendant*

*Local Address*:
400 S. Dixie Hwy #322
Boca Raton, Florida 33432

1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by electronic notification pursuant to ECF procedures on this 7th day of July, 2021 to:

> Heather A. Harwell, Esquire
> 26609 Whirlaway Terrace
> Wesley Chapell, Florida 33544
> HH1@FLDebtLaw.com
> *Attorneys for Plaintiff*

> /s/ Ronald S. Canter
> Ronald S. Canter, Esquire
> *Attorney for Defendant*