# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RANDALL PLUMMER,

    Plaintiff,

v.

DEBSKI & ASSOCIATES, P.A.,

    Defendant.

CASE NO.: **8:18-cv-2329-T-35TGW**

## JOINT STIPULATION OF DISMISSAL

**Plaintiff, RANDALL PLUMMER, and Defendant, DEBSKI & ASSOCIATES, P.A.,** by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(A)(ii), and Local Rule 3.08, jointly stipulate to a dismissal of the above-styled action with prejudice. Each party shall bear his/its respective attorney's fees and costs. The parties request that the Clerk of Court now close this case.

**Respectfully Submitted,**

| /s/ Heather A. Harwell | /s/ Ronald S. Canter |
|---|---|
| **HEATHER A. HARWELL, ESQUIRE** | **RONALD S. CANTER, ESQUIRE** |
| FBN: 0796794 | FBN: 335045 |
| Law Office of Heather A. Harwell, P.A. | The Law Offices of Ronald S. Canter, LLC |
| 15299 Bahia Lane | 200A Monroe St., Ste. 104 |
| Fort Myers, Florida 33908 | Rockville, MD 20850 |
| PH: 813-892-2922; FX: 813-907-2933 | PH: 301-424-7490; FX: 301-424-7470 |
| EM: HH1@FLDebtLaw.com | EM: rcanter@roncanterllc.com |
| Attorney for Plaintiff, | Attorney for Defendant, |
| RANDALL PLUMMER | DEBSKI & ASSOCIATES, P.A. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Joint Stipulation of Dismissal was electronically filed in the CM/ECF system. The undersigned reasonably expects that notice of this filing will be sent to the parties of record below designated by operation of the CM/ECF system. Parties may further access this filing through CM/ECF. The foregoing service was completed on **August 20, 2021.**

                                                  /s/ Heather A. Harwell
                                                **HEATHER A. HARWELL, ESQUIRE**
                                                Florida Bar No. 0796794